IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| KEVY L. RACKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:14-cv-150-FDW |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Complaint. The Commissioner has not yet filed an answer in this case. Pursuant to sentence six of 42 U.S.C. § 405(g), the Commissioner filed a Motion to Remand this case for further administrative action. Plaintiff has consented to this remand.

Accordingly, for good cause shown, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings. As the Commissioner has not filed an answer in this case, this Court shall retain jurisdiction of this case while it is pending before the Commissioner as required by sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Frank D. Whitney
Chief United States District Judge